HIYA CHRISTIANSON, Also Known as HILDA CHRISTIANSON, and CARL CHRISTIANSON, Appellants, v. JAMES J. CURTIN, Respondent, Impleaded with Another,

Defendant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.